**RECEIVED**

JUN 1 4 2022

**CLERK OF DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:22-cr-019 |
| v. | <u>SUPERSEDING INDICTMENT</u> |
| MATTHEW LEROY ANDERSON, | T. 18 U.S.C. § 2 |
| CURTIS JAMES STOCKDALL, | T. 18 U.S.C. § 922(a)(6) |
| SETH MICHAEL SMITH, | T. 18 U.S.C. § 922(g)(1) |
| RYAN DEWAYNE MYRICK, | T. 18 U.S.C. § 922(g)(3) |
| RICHARD STEVEN STALEY, and | T. 18 U.S.C. § 922(o) |
| JEREMY JOHN CORYELL, | T. 18 U.S.C. § 924(a)(2) |
| | T. 18 U.S.C. § 924(c)(1)(A)(i) |
| Defendants. | T. 18 U.S.C. § 924(c)(1)(B)(ii) |
| | T. 18 U.S.C. § 924(a)(1)(A) |
| | T. 18 U.S.C. § 924(d) |
| | T. 21 U.S.C. § 841(a)(1) |
| | T. 21 U.S.C. § 841(b)(1)(A) |
| | T. 21 U.S.C. § 841(b)(1)(D) |
| | T. 21 U.S.C. § 846 |
| | T. 21 U.S.C. § 851 |
| | T. 21 U.S.C. § 853 |
| | T. 21 U.S.C. § 856(a)(1) |
| | T. 26 U.S.C. § 5841 |
| | T. 26 U.S.C. § 5845 |
| | T. 26 U.S.C. § 5861(c) |
| | T. 26 U.S.C. § 5861(d) |
| | T. 26 U.S.C. § 5871 |
| | T. 26 U.S.C. § 5872 |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**(Conspiracy to Distribute a Controlled Substance)**

From a date unknown, but by at least January 2021, and continuing until

October 26, 2021, in the Southern District of Iowa and elsewhere, the defendants,

MATTHEW LEROY ANDERSON, CURTIS JAMES STOCKDALL, SETH MICHAEL

SMITH, RYAN DEWAYNE MYRICK, RICHARD STEVEN STALEY, and JEREMY JOHN CORYELL, conspired with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a controlled substance, namely: 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine and 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Conspiracy to Distribute a Controlled Substance)

From a date unknown, but by at least July 2021, and continuing until October 26, 2021, in the Southern District of Iowa and elsewhere, the defendants, MATTHEW LEROY ANDERSON and CURTIS JAMES STOCKDALL, conspired with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a controlled substance, namely: a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(D).

2

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Possession with Intent to Distribute a Controlled Substance)

On or about October 26, 2021, in the Southern District of Iowa, the defendants, MATTHEW LEROY ANDERSON and RICHARD STEVEN STALEY, knowingly and intentionally possessed with the intent to distribute a controlled substance at a location in the 1300 block of East 17th Court, Des Moines, Iowa, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance, and aided and abetted the same.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Possession with Intent to Distribute a Controlled Substance)

On or about October 26, 2021, in the Southern District of Iowa, the defendant, RYAN DEWAYNE MYRICK, knowingly and intentionally possessed with the intent to distribute a controlled substance at a location in the 1800 block of Pleasant Street, Des Moines, Iowa, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Maintaining a Drug-Involved Premises)

From a date unknown, but by at least July 2021, and continuing until October 26, 2021, in the Southern District of Iowa, the defendants, MATTHEW LEROY ANDERSON and RICHARD STEVEN STALEY, unlawfully and knowingly used and maintained a place located in the 1300 block of East 17th Court, Des Moines, Iowa, for the purposes of distributing and using a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 856(a)(1).

4

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 6**</u>
**(Possession of a Firearm in Furtherance of Drug Trafficking Crime)**

On or about July 19, 2021, in the Southern District of Iowa, the defendant, MATTHEW LEROY ANDERSON, knowingly possessed a firearm, namely, one or more of the following firearms:

1.  a machinegun, namely: an automatic selector switch, affixed to a loaded Glock, model 45, nine-millimeter pistol, with serial number AFHN634, when recovered; and

2.  a loaded Ruger, model Ruger-57, 5.7x28 millimeter pistol, with serial number 641-77167.

The defendant possessed one or more of these firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, violations of Title 21, United States Code, Section 841(a)(1) and 846, as set forth in Counts 1 and 2 of this Superseding Indictment.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and 924(c)(1)(B)(ii).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 7</u>
**(Felon in Possession of a Firearm)**

On or about July 19, 2021, in the Southern District of Iowa, the defendant, MATTHEW LEROY ANDERSON, in and affecting commerce, knowingly possessed a firearm, namely, one or more of the following:

1.   a loaded Glock, model 45, nine-millimeter pistol, with serial number AFHN634; and

2.   a loaded Ruger, model Ruger-57, 5.7x28 millimeter pistol, with serial number 641-77167.

At the time of the offense, the defendant knew he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 8</u>
**(Illegal Possession of a Machinegun)**

On or about July 19, 2021, in the Southern District of Iowa, the defendant, MATTHEW LEROY ANDERSON, in and affecting commerce, knowingly possessed a machinegun, namely: an automatic selector switch, affixed to a loaded Glock, model 45, nine-millimeter pistol, with serial number AFHN634, when recovered.

This is a violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 9
**(Receipt or Possession of Unregistered Firearm)**

On or about July 19, 2021, in the Southern District of Iowa, the defendant, MATTHEW LEROY ANDERSON, knowingly received and possessed a firearm, as defined by 26 U.S.C. § 5845(a), namely: an automatic selector switch, affixed to a loaded Glock, model 45, nine-millimeter pistol, with serial number AFHN634, which said firearm was not registered to him in the National Firearms Registration and Transfer Record.

This is a violation of Title 26, United States Code, Sections 5841, 5845, 5861(c), 5861(d), and 5871.

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 10**</u>
**(Felon in Possession of a Firearm)**

Between on or about January 8, 2021, and on or about February 17, 2022, in the Southern District of Iowa, the defendant, CURTIS JAMES STOCKDALL, in and affecting commerce, knowingly possessed a firearm, namely, one or more of the following:

1. a loaded Glock, model 45, nine-millimeter pistol, with serial number BRKD537;

2. a LLAMA, model ESPECIAL, nine-millimeter pistol, with serial number 139334;

3. a loaded Glock, model 17, nine-millimeter pistol, with serial number BATE038;

4. a Ruger, model EC9S, nine-millimeter pistol, with serial number 455-02656;

5. a loaded Smith & Wesson, model Bodyguard, .380 Auto caliber pistol, with serial number EBE2018;

6. an F.N., model Five-Seven, 5.7x28 millimeter pistol, with serial number 386399286;

7. a Star, model Firestar, .45 ACP caliber pistol, with serial number 2066366;

8. a loaded Glock, model 36, .45 Auto caliber pistol, with serial number BGHT751;

9. a loaded Glock, model 20, ten-millimeter pistol, with serial number BTSB544;

10. a Ruger, model Ruger-57, 5.7x28 millimeter pistol, with serial number 641-40689;

11. a Glock, model 17, 9x19 caliber pistol, with serial number BPFK746;

12. a loaded Brugger & Thomet, model GHM9, nine-millimeter pistol, with serial number US19-29419;

13. a loaded Stag Arms, model STAG-15, .300 AAC caliber pistol, with serial number W-0002914;

14. an Armscor, model M1600, .22 caliber rifle, with serial number A825752;

15. a Remington, model 870, 12-gauge shotgun, with serial number RS16708Y;

16. a loaded Stag Arms, model STAG-15, 5.56-millimeter pistol, with serial number W-0004885;

17. a Remington, model 1100, 12-gauge shotgun, with serial number M140410V;

18. a Chongqing Jianshe Industry, model M12AK, 12-gauge shotgun, with serial number MK2000184;

19. a Hi-Point, model C9, nine-millimeter pistol, with serial number P1414973; and

20. a Taurus, model G3C, nine-millimeter pistol, with serial number ACC628661.

At the time of the offense, the defendant knew he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

9

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 11**</u>
**(Illegal Possession of a Machinegun)**

Between on or about July 19, 2021, and on or about February 17, 2022, in the Southern District of Iowa, the defendant, CURTIS JAMES STOCKDALL, in and affecting commerce, knowingly possessed a machinegun, namely, one or more of the following:

1. an automatic selector switch, affixed to a loaded Glock, model 45, nine-millimeter pistol, with serial number BRKD537, when recovered;

2. an automatic selector switch, affixed to a loaded Glock, model 17, nine-millimeter pistol, with serial number BATE038, when recovered; and

3. an automatic selector switch, affixed to a Glock, model 17, 9x19 caliber pistol, with serial number BPFK746, when recovered.

This is a violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 12**</u>
**(Receipt or Possession of Unregistered Firearm)**

Between on or about July 19, 2021, and on or about February 17, 2022, in the

Southern District of Iowa, the defendant, CURTIS JAMES STOCKDALL, did

knowingly receive and possess a firearm, as defined by 26 U.S.C. § 5845(a), namely,

one or more of the following:

1. an automatic selector switch, affixed to a loaded Glock, model 45, nine-
   millimeter pistol, with serial number BRKD537, when recovered;

2. an automatic selector switch, affixed to a loaded Glock, model 17, nine-
   millimeter pistol, with serial number BATE038, when recovered; and

3. an automatic selector switch, affixed to a Glock, model 17, 9x19 caliber
   pistol, with serial number BPFK746, when recovered,

which said firearm was not registered to him in the National Firearms Registration

and Transfer Record.

This is a violation of Title 26, United States Code, Sections 5841, 5845, 5861(c),

5861(d), and 5871.

11

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 13**
**(Possession of a Firearm in Furtherance of Drug Trafficking Crime)**

Between on or about January 8, 2021, and on or about October 26, 2021, in the

Southern District of Iowa, the defendant, CURTIS JAMES STOCKDALL, knowingly

possessed a firearm, namely, one or more of the following firearms:

1. a machinegun, namely: an automatic selector switch, affixed to a loaded Glock, model 45, nine-millimeter pistol, with serial number BRKD537, when recovered;

2. a machinegun, namely: an automatic selector switch, affixed to a loaded Glock, model 17, nine-millimeter pistol, with serial number BATE038, when recovered;

3. a machinegun, namely: an automatic selector switch, affixed to a Glock, model 17, 9x19 caliber pistol, with serial number BPFK746, when recovered;

4. a LLAMA, model ESPECIAL, nine-millimeter pistol, with serial number 139334;

5. a Ruger, model EC9S, nine-millimeter pistol, with serial number 455-02656;

6. a loaded Smith & Wesson, model Bodyguard, .380 Auto caliber pistol, with serial number EBE2018;

7. an F.N., model Five-Seven, 5.7x28 millimeter pistol, with serial number 386399286;

8. a Star, model Firestar, .45 ACP caliber pistol, with serial number 2066366;

9. a loaded Glock, model 36, .45 Auto caliber pistol, with serial number BGHT751;

10. a loaded Glock, model 20, ten-millimeter pistol, with serial number BTSB544;

11. a Ruger, model Ruger-57, 5.7x28 millimeter pistol, with serial number 641-40689;

12

12. a loaded Brugger & Thomet, model GHM9, nine-millimeter pistol, with serial number US19-29419;

13. a loaded Stag Arms, model STAG-15, .300 AAC caliber pistol, with serial number W-0002914;

14. an Armscor, model M1600, .22 caliber rifle, with serial number A825752;

15. a Remington, model 870, 12-gauge shotgun, with serial number RS16708Y;

16. a loaded Stag Arms, model STAG-15, 5.56-millimeter pistol, with serial number W-0004885;

17. a Remington, model 1100, 12-gauge shotgun, with serial number M140410V;

18. a Chongqing Jianshe Industry, model M12AK, 12-gauge shotgun, with serial number MK2000184;

19. a Hi-Point, model C9, nine-millimeter pistol, with serial number P1414973; and

20. a Taurus, model G3C, nine-millimeter pistol, with serial number ACC628661.

The defendant possessed one or more of these firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, violations of Title 21, United States Code, Section 841(a)(1) and 846, as set forth in Counts 1 and 2 of this Superseding Indictment.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and 924(c)(1)(B)(ii).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 14
**(Possession of a Firearm in Furtherance of Drug Trafficking Crime)**

Between on or about January 8, 2021, and on or about October 26, 2021, in the Southern District of Iowa, the defendant, SETH MICHAEL SMITH, knowingly possessed a firearm, namely, one or more of the following firearms:

1. a Glock, model 45, nine-millimeter pistol, with serial number BRKD537;

2. a Glock, model 17, nine-millimeter pistol, with serial number BATE038;

3. a Glock, model 17, 9x19 caliber pistol, with serial number BPFK746;

4. a Glock, model 36, .45 Auto caliber pistol, with serial number BGHT751;

5. a Glock, model 20, ten-millimeter pistol, with serial number BTSB544;

6. a Ruger, model Ruger-57, 5.7x28 millimeter pistol, with serial number 641-40689;

7. a Stag Arms, model STAG-15, .300 AAC caliber pistol, with serial number W-0002914;

8. a Stag Arms, model STAG-15, 5.56-millimeter pistol, with serial number W-0004885; and

9. a Ruger, model Ruger-57, 5.7x28 millimeter pistol, with serial number 641-77167

The defendant possessed one or more of these firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, violations of Title 21, United States Code, Section 841(a)(1) and 846, as set forth in Count 1 of this Superseding Indictment, and aided and abetted the same.

This is a violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

14

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 15
### (False Statement During Purchase of a Firearm)

On or about June 22, 2020, in the Southern District of Iowa, the defendant, SETH MICHAEL SMITH, in connection with the acquisition of a firearm, namely: a Smith & Wesson, model SD9, nine-millimeter pistol, with serial number FCF3062, from JT Guns & Supply LLC, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 11.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 11.e., that he was not an unlawful user of, or addicted to, any controlled substance.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 16</u>
**(False Statement During Purchase of a Firearm)**

On or about June 22, 2020, in the Southern District of Iowa, the defendant, SETH MICHAEL SMITH, knowingly made a false statement and representation to JT Guns & Supply LLC, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of JT Guns & Supply LLC. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 11.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 11.e., that he was not an unlawful user of, or addicted to, any controlled substance.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 17**</u>
**(Unlawful User in Possession of a Firearm)**

On or about June 22, 2020, in the Southern District of Iowa, the defendant, SETH MICHAEL SMITH, in and affecting commerce, knowingly possessed a firearm, namely: a Smith & Wesson, model SD9, nine-millimeter pistol, with serial number FCF3062. At the time of the offense, the defendant knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 18</u>
**(False Statement During Purchase of a Firearm)**

On or about January 8, 2021, in the Southern District of Iowa, the defendant, SETH MICHAEL SMITH, in connection with the acquisition of a firearm, namely: a Ruger, model Ruger-57, 5.7x28 millimeter pistol, with serial number 641-40689; a Ruger, model Ruger-57, 5.7x28 millimeter pistol, with serial number 641-77167; and a Glock, model 43X, nine-millimeter pistol, with serial number BRSN317, from Boswells Guns & Ammo LLC, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearms. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 19**</u>
**(False Statement During Purchase of a Firearm)**

On or about January 8, 2021, in the Southern District of Iowa, the defendant, SETH MICHAEL SMITH, knowingly made a false statement and representation to Boswells Guns & Ammo LLC, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Boswells Guns & Ammo LLC. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearms listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 20**</u>
**(Unlawful User in Possession of a Firearm)**

On or about January 8, 2021, in the Southern District of Iowa, the defendant,

SETH MICHAEL SMITH, in and affecting commerce, knowingly possessed a firearm,

namely, one or more of the following:

1. a Ruger, model Ruger-57, 5.7x28 millimeter pistol, with serial number 641-40689;

2. a Ruger, model Ruger-57, 5.7x28 millimeter pistol, with serial number 641-77167; and

3. a Glock, model 43X, nine-millimeter pistol, with serial number BRSN317.

At the time of the offense, the defendant knew he was an unlawful user of or addicted

to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and

924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 21
**(False Statement During Purchase of a Firearm)**

On or about February 15, 2021, in the Southern District of Iowa, the defendant, SETH MICHAEL SMITH, in connection with the acquisition of a firearm, namely: a Glock, model 45, nine-millimeter pistol, with serial number BRKD537; a Stag Arms, model STAG-15, .300 AAC caliber pistol, with serial number W-0002914; and a Stag Arms, model STAG-15, 5.56-millimeter pistol, with serial number W-0004885, from Rangemasters, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearms. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 22
**(False Statement During Purchase of a Firearm)**

On or about February 15, 2021, in the Southern District of Iowa, the defendant, SETH MICHAEL SMITH, knowingly made a false statement and representation to Rangemasters, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Rangemasters. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearms listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

22

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 23
### (Unlawful User in Possession of a Firearm)

On or about February 15, 2021, in the Southern District of Iowa, the defendant, SETH MICHAEL SMITH, in and affecting commerce, knowingly possessed a firearm, namely, one or more of the following:

1. a Glock, model 45, nine-millimeter pistol, with serial number BRKD537;

2. a Stag Arms, model STAG-15, .300 AAC caliber pistol, with serial number W-0002914; and

3. a Stag Arms, model STAG-15, 5.56-millimeter pistol, with serial number W-0004885.

At the time of the offense, the defendant knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 24
**(False Statement During Purchase of a Firearm)**

On or about February 21, 2021, in the Southern District of Iowa, the defendant, SETH MICHAEL SMITH, in connection with the acquisition of a firearm, namely: a Glock, model 36, .45 caliber pistol, with serial number BGHT751, from Boswells Guns & Ammo LLC, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 25**</u>
**(False Statement During Purchase of a Firearm)**

On or about February 21, 2021, in the Southern District of Iowa, the defendant, SETH MICHAEL SMITH, knowingly made a false statement and representation to Boswells Guns & Ammo LLC, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Boswells Guns & Ammo LLC. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

25

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 26**</u>
**(Unlawful User in Possession of a Firearm)**

On or about February 21, 2021, in the Southern District of Iowa, the defendant, SETH MICHAEL SMITH, in and affecting commerce, knowingly possessed a firearm, namely:  a Glock, model 36, .45 caliber pistol, with serial number BGHT751. At the time of the offense, the defendant knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 27</u>
**(False Statement During Purchase of a Firearm)**

On or about February 21, 2021, in the Southern District of Iowa, the defendant, SETH MICHAEL SMITH, in connection with the acquisition of a firearm, namely: a Glock, model 19, nine-millimeter pistol, with serial number BNZH311; a Glock, model 17, nine-millimeter pistol, with serial number BPFK746; and a Glock, model 17, nine-millimeter pistol, with serial number BATE038, from Mark Sieh d/b/a Sieh Guns, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearms. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearms listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 28
**(False Statement During Purchase of a Firearm)**

On or about February 21, 2021, in the Southern District of Iowa, the defendant, SETH MICHAEL SMITH, knowingly made a false statement and representation to Mark Sieh d/b/a Sieh Guns, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Mark Sieh d/b/a Sieh Guns. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearms listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 29**</u>
**(Unlawful User in Possession of a Firearm)**

On or about February 21, 2021, in the Southern District of Iowa, the defendant,

SETH MICHAEL SMITH, in and affecting commerce, knowingly possessed a firearm,

namely, one or more of the following:

1. a Glock, model 19, nine-millimeter pistol, with serial number BNZH311;

2. a Glock, model 17, nine-millimeter pistol, with serial number BPFK746; and

3. a Glock, model 17, nine-millimeter pistol, with serial number BATE038.

At the time of the offense, the defendant knew he was an unlawful user of or addicted

to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and

924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 30</u>
**(False Statement During Purchase of a Firearm)**

On or about June 4, 2021, in the Southern District of Iowa, the defendant, SETH MICHAEL SMITH, in connection with the acquisition of a firearm, namely: a Glock, model 20, ten-millimeter pistol, with serial number BTSB544, from Bass Pro Shops Outdoor World #043, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 31**</u>
**(False Statement During Purchase of a Firearm)**

On or about June 4, 2021, in the Southern District of Iowa, the defendant, SETH MICHAEL SMITH, knowingly made a false statement and representation to Bass Pro Shops Outdoor World #043, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Bass Pro Shops Outdoor World #043. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a, that he was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that he was not an unlawful user of, or addicted to, any controlled substance.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 32**</u>
**(Unlawful User in Possession of a Firearm)**

On or about June 4, 2021, in the Southern District of Iowa, the defendant, SETH MICHAEL SMITH, in and affecting commerce, knowingly possessed a firearm, namely: a Glock, model 20, ten-millimeter pistol, with serial number BTSB544. At the time of the offense, the defendant knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FINDS:**

<u>**PRIOR CONVICTION**</u>

Prior to the commission of the offenses charged in Counts 1 and 3 of the Superseding Indictment, the defendant, MATTHEW LEROY ANDERSON, was convicted of possession with intent to distribute methamphetamine, in violation of Iowa Code Section 124.401(1)(b), in the Iowa District Court for Polk County, in case number FECR237240, a serious drug felony, for which the defendant served more than 12 months of imprisonment and in which the defendant was released from any term of imprisonment within 15 years of the commencement of the instant offense.

This is pursuant to Title 21, United States Code, Section 851.

32

**THE GRAND JURY FURTHER FINDS:**

## PRIOR CONVICTION

Prior to the commission of the offenses charged in Count 1 of the Superseding Indictment, the defendant, CURTIS JAMES STOCKDALL, was convicted of possession with intent to deliver methamphetamine, in violation of Iowa Code Section 124.401(1)(c), in the Iowa District Court for Webster County, in case number FECR338094, a serious drug felony, for which the defendant served more than 12 months of imprisonment and in which the defendant was released from any term of imprisonment within 15 years of the commencement of the instant offense.

This is pursuant to Title 21, United States Code, Section 851.

**THE GRAND JURY FURTHER FINDS:**

<u>**NOTICE OF FORFEITURE**</u>

That upon conviction of the offense set forth in Counts 1, 2, 3, and/or 5 of this Superseding Indictment, the defendant, MATTHEW LEROY ANDERSON, shall forfeit, to the United States, the following:

    A. **Proceeds.** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

    B. **Facilitation.** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to: a loaded Glock, model 45, nine-millimeter pistol, with serial number AFHN634; a loaded Ruger, model 57, 5.7x28 millimeter pistol, with serial number 641-77167; approximately $25,565 in United States currency seized from a vehicle in Polk County, Iowa, on or about July 19, 2021; approximately $19,000 in United States currency seized from a residence located in the 500 block of Northeast 43rd Avenue in Polk County, Iowa, on or about October 26, 2021; and approximately $3,909 in United States currency seized from a residence in the 6600 block of Sunset Terrace in Windsor Heights, Iowa, on or about October 26, 2021.

That is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

**THE GRAND JURY FURTHER FINDS:**

<u>**NOTICE OF FORFEITURE**</u>

That upon conviction of the offense set forth in Counts 1 and/or 2 of this Superseding Indictment, the defendant, CURTIS JAMES STOCKDALL, shall forfeit, to the United States, the following:

> A. **Proceeds.** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

> B. **Facilitation.** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to: a loaded Glock, model 45, nine-millimeter pistol, with serial number BRKD537; automatic selector switch; and approximately $13,876 in United States currency seized from a residence and vehicle located in the 7500 block of Southview Drive in Des Moines, Iowa, on or about October 26, 2021; and two automatic selector switches; a loaded Glock, model 17, nine-millimeter pistol, with serial number BATE038; a Glock, model 17, 9x19 caliber pistol, with serial number BPFK746;   a LLAMA, model ESPECIAL, nine-millimeter pistol, with serial number 139334; a Ruger, model EC9S, nine-millimeter pistol, with serial number 455-02656; a loaded Smith & Wesson, model Bodyguard, .380 Auto caliber pistol, with serial number EBE2018; an F.N., model Five-Seven, 5.7x28 millimeter pistol, with serial number 386399286;    a Star, model Firestar, .45 ACP caliber pistol, with serial number 2066366; a loaded Glock, model 36, .45 Auto caliber

pistol, with serial number BGHT751; a loaded Glock, model 20, ten-millimeter pistol, with serial number BTSB544;   a Ruger, model Ruger-57, 5.7x28 millimeter pistol, with serial number 641-40689; a loaded Brugger & Thomet, model GHM9, nine-millimeter pistol, with serial number US19-29419; a loaded Stag Arms, model STAG-15, .300 AAC caliber pistol, with serial number W-0002914; an Armscor, model M1600, .22 caliber rifle, with serial number A825752; a Remington, model 870, 12-gauge shotgun, with serial number RS16708Y; a loaded Stag Arms, model STAG-15, 5.56-millimeter pistol, with serial number W-0004885; a Remington, model 1100, 12-gauge shotgun, with serial number M140410V; a Chongqing Jianshe Industry, model M12AK, 12-gauge shotgun, with serial number MK2000184; a Hi-Point, model C9, nine-millimeter pistol, with serial number P1414973; and a Taurus, model G3C, nine-millimeter pistol, with serial number ACC628661.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

**THE GRAND JURY FURTHER FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in Counts 6, 7, 8, and/or 9 of this Superseding Indictment, the defendant, MATTHEW LEROY ANDERSON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms and ammunition identified in Counts 6, 7, 8, and 9 of this Superseding Indictment.

This is pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

**THE GRAND JURY FURTHER FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in Counts 10, 11, 12, and/or 13 of this Superseding Indictment, the defendant, CURTIS JAMES STOCKDALL, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms and ammunition identified in Counts 10, 11, 12, and 13 of this Superseding Indictment.

This is pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

37

**THE GRAND JURY FURTHER FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in Counts 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, and/or 32 of this Superseding Indictment, the defendant, SETH MICHAEL SMITH, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms and ammunition identified in Counts 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, and 32 of this Superseding Indictment.

This is pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: Kristin M. Herrera
Mallory E. Weiser
Assistant United States Attorneys

38